**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



## NOTICE TO FILE SUPPLEMENTAL CLERK'S RECORD

Appellate case name:      Melvin Earl Robinson, Jr. v. The State of Texas

Appellate case number:    01-15-00540-CR

Trial court case number:  71674

Trial court:              149th District Court of Brazoria County

The Clerk of this Court has examined the letter of assignment attaching the notice of appeal, filed on June 9, 2015, in the trial court, and the clerk's record, filed on July 28, 2015, in the above-referenced appeal and has determined that they do not comport with the Texas Rules of Appellate Procedure in that they do not include the trial court's certification of appellant's right of appeal of any judgment or appealable order, specifically of the order appealed from, signed on June 1, 2015, denying appellant's motion for 20% credit pursuant to H.B. 2649. *See* TEX. R. APP. P. 25.2(a)(2), (d), 34.5(a)(12), 37.1; TEX. CODE CRIM. PROC. ANN. § 44.02 (West Supp. 2014). This order constitutes notice to all parties of the defect. *See* TEX. R. APP. P. 37.1.

The trial court clerk is directed to prepare, certify, and file in this Court a supplemental clerk's record containing the trial court's certification of the appellant's right of appeal of that order, signed on June 1, 2015, denying appellant's motion for 20% credit pursuant to H.B. 2649, or a certification that such order is not appealable. *See* TEX. R. APP. P. 25.2(d), 34.5(a)(12), (c)(1)-(2). The supplemental clerk's record containing the trial court's certification, if any, should be filed within **30 days** of the date of this notice. *See* TEX. R. APP. P. 37.1.

Clerk's Signature: _____

Christopher A. Prine, Clerk of the Court

Date: December 8, 2015



Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁵
02 1W
0001372104 DEC 08 2015

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 2 3 2015

CHRISTOPHER A. PRINE
CLERK

CASE NO. 01-15-00540-CR
MELVIN EARL ROBISON
#01964760

